# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Priority Mail parcel 9505 5107 2626 9178 2012 22 addressed to "Luz Valdez, PO Box 603, Nome Alaska 99762" | ) ) ) ) Case No. 2:19-MJ-00001-MMS ) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Alaska _____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel 9505 5107 2626 9178 2012 22 addressed to "Luz Valdez, PO Box 603, Nome Alaska 99762" which is currently in the possession of the United States Postal Inspection Service located at 341 W. Tudor Road STE 208, Anchorage, AK 99503.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, namely methamphetamine, heroin, cocaine, LSD, MDMA, and associated packing material.

**YOU ARE COMMANDED** to execute this warrant on or before  July 1, 2019  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: July 1, 2019/1024 hours

/S/ MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

*Judge's signature*

City and state: ANCHORAGE, AK

*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-MJ-00001-MMS | 07/01/2019 12:18 pm | USPIS Anchorage |

Inventory made in the presence of:
U.S. Postal Inspectors J. Lonborg & A. Grow Jr.

Inventory of the property taken and name of any person(s) seized:

Approximately 13.6 gross grams of a white crystalline substance which field-tested positive for methamphetamine.

Miscellaneous parcel packaging and wrappings.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-1-19

*Executing officer's signature*

Jared Lonborg, U.S. Postal Inspector
*Printed name and title*

Subscribed, sworn to, and returned before me this date

July 1, 2019

U.S. Magistrate Judge